UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARCY LISA MARIE LOCKARD,

        Plaintiff,

v.

MICHAEL J. ASTRUE,

        Defendant.

CASE NO. C11-6050 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendant's decision is **AFFIRMED**.

Dated this 4th day of September, 2012.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER